American Arbitration Association
Construction Industry Arbitration Tribunal

| | |
|---|---|
| The Salvation Army,<br>    Claimant,<br><br>v.<br><br>S.M. Wilson & Co. & Architechnics, Inc.<br>    Respondents. | AAA Case No. 01-16-0002-8533 |

**Order on S.M. Wilson's Objections to The Salvation Army's Use of Previously Undisclosed Witnesses at Hearing and the Respondent's Joint Motion for a Show Cause Order**

The Panel considered S.M. Wilson's Objections to The Salvation Army's Use of Previously Undisclosed Witnesses at Hearing ("Witness Objections") and Respondent's Joint Motion for a Show Cause Order ("Show Cause Motion"). The Panel acknowledges the Joint Motion is now solely the motion of S.M. Wilson & Co. ("SMW").

The Panel considered the responses to both motions filed by The Salvation Army ("TSA").

Having considered all filings of the parties, the Panel orders:

**Witness Objections**

The Panel makes no ruling at this time.

The parties shall present their arguments on this motion at 9:00 a.m. on March 5, 2020 as the first order of business during the evidentiary hearings. The parties should be prepared to answer questions related to the claims, statements, and assertions set out in the Witness Objections and TSA's response thereto.

**Show Cause Motion**

SMW's Show Cause Motion has various categories and the Panel addresses the motion by category.

    *SMW's Standing to Present this Motion*

Page 1 of 3

DocID: 4815-9185-4262.2

Exhibit B

The Panel has considered TSA's argument that SMW has no standing to present this motion. The Panel acknowledges many of the discovery requests were the requests of SMW's co-respondent, who settled its claims with TSA.

The Panel finds SMW has standing to present this motion.

ARCHIBUS Documents

The Panel denies SMW's motion relative to the ARCHIBUS documents in all respects except as set out below.

If SMW requests a subpoena to secure ARCHIBUS documents, the Panel will execute such a subpoena.

Meeting Minutes

The Panel makes no ruling at this time relative to Meeting Minutes.

The parties shall present their arguments on this aspect of the motion at 9:00 a.m. on March 5, 2020 as the second order of business during the evidentiary hearings. The parties should be prepared to answer questions related to the claims, statements, and assertions set out in this segment of the Show Cause Motion and the response thereto.

Keck's E-mails

The Panel finds SMW failed to meet its burden of proof to be entitled to relief under this section of the Show Cause Motion. SMW's regarding Keck's e-mails is denied.

Text Messages

The Panel makes no ruling at this time relative to the text messages.

However, the parties shall present their arguments on this segment of the motion at 9:00 a.m. on March 5, 2020 as the third order of business during the evidentiary hearings. The parties should be prepared to answer questions related to the claims, statements, and assertions set out in this segment of the Show Cause Motion and the response thereto.

**So Ordered,**

_____   3/3/2020
Arbitrator, Chair of the Panel         Date