The Arbitration Tribunals of the
American Arbitration Association

In the Matter of the Arbitration between )
)
THE SALVATION ARMY, )
    Claimant, )
) **Subpoena for Production of**
) **Documents and Data**
) **AAA Case #: 01-16-0002-8533**
v. )
)
S.M. WILSON & CO. AND ARCHITECHNICS, INC., )
    Respondents. )
)

FROM THE PEOPLE OF THE STATE OF MISSOURI

TO: CORPORATE REPRESENTATIVE(S) OF ARCHIBUS, INC.

Serve:  Registered Agent
CT Corporation System
155 Federal Street, Suite 700
Boston, MA 02110

GREETING:
    WE COMMAND YOU that, all business and excuses being laid aside, you and each of you acting under the arbitration law of this state, produce documents and data for use in the above-captioned proceeding now pending before The Arbitration Tribunals of the American Arbitration Association.  The documents and data described herein are any and all documents, correspondence, memoranda, data compilations, and reports in Archibus' possession, custody or control that are relevant, material, and necessary to this proceeding, as further specified in Exhibit A.  Any responsive documents should be produced within 30 days of receipt to the following address:

    Foley Hoag LLP
    Seaport West
    155 Seaport Blvd.
    Boston, Massachusetts 02210-2600

Signed: _____
Kenneth A. Slavens, Arbitrator, Panel
Chair, American Arbitration Association

Requested by: Respondent, S.M. WILSON & CO.
Matthew Shorey
Armstrong Teasdale LLP
7700 Forsyth Boulevard, Suite 1800
Saint Louis, Missouri 63105
Telephone: 314.621.5070

Exhibit C

Dated:  April 22, 2020

## Exhibit A

1. All documents and data reflecting, referring to, relating to, and/or mentioning The Salvation Army Kroc Center located at 405 Vermont Street, Quincy, Illinois 62301 (the "Kroc Center"), including but not limited to, records of maintenance issues, maintenance actions, maintenance tickets, maintenance logs, maintenance assignments, maintenance reports, maintenance inaction, and dates pertaining to the same.

2. The correspondence and communication, including but not limited to all recorded or written communications including emails between ARCHIBUS and The Salvation Army regarding the Kroc Center.

3. Any written agreements between ARCHIBUS and The Salvation Army relating to the Kroc Center.